**Order entered October 19, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00843-CV

### IN THE INTEREST OF B.A.R. AND J.A.R., CHILDREN

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-15-700**

## ORDER

The clerk's record in this case is overdue.  By letter dated August 24, 2016, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record.  We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation he had been found entitled to proceed without payment of costs.  We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice.  Thereafter, appellant filed an affidavit of indigency which we forwarded to the trial court.  Following a hearing, the trial court sustained the clerk's, court reporter's, and appellee's contests to the affidavit and ordered appellant to pay costs.

Therefore, appellant is **ORDERED** to file, within **TEN DAYS** of the date of this order, written verification of payment or arrangements to pay for the clerk's record.  Failure to do so

**WILL** result in the dismissal of this appeal without further notice.  *See* TEX. R. APP. P.37.3(b).

/s/     CAROLYN WRIGHT
CHIEF JUSTICE